AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JANET PORTER; KERRY PAXON as next
friend of K.P.; CHRISTOPHER PORTER;
ERIC PORTER; and LEE GOLDSTEIN,
Administrator to the Estate of Robert Glenn Porter,
                                    Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

Stanley Taylor; First Correctional Medical
Center; Certain Unknown Individual Employees
of the State of Delaware Department of
Correction; Raphael Williams; Certain unknown
individual employees of First Correctional
Medical Center; and State of Delaware Dept. of Correction,
                                    DEFENDANTS

CASE NUMBER: 07-172

TO: (Name and address of Defendant)

State of Delaware Department of Correction
Carl Danberg, Commr.
245 McKee Road
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herbert G. Feuerhake, Esq.
521 West Street
Wilmington, DE 19801
(302) 658-6101

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    7/6/07

CLERK

(By) DEPUTY CLERK                                  DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(l) | DATE<br>7/13/07 |

| | |
|---|---|
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:    SERVED: STATE OF DELAWARE DEPARTMENT OF CORRECTIONS AT 245 MCKEE RD. DOVER, DE  ACCEPTED BY; THERESA GRUL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/13/07
                        Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure.