AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

JANET PORTER; KERRY PAYON as next friend of K.P.; CHRISTOPHER PORTER; ERIC PORTER; and LEE GOLDSTEIN, Administrator of the Estate of Robert Hann Porter, Plaintiffs,

V.

Stanley Taylor; First Correctional Medical Center; Certain Unknown Individual Employees of the State of Delaware Department of Correction; Raphael Williams; Certain unknown individual employees of First Correctional Medical Center; and State of Delaware Dept. of Correction, Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-172

TO: (Name and address of Defendant)

~~Certain Unknown Individual Employees of First Correctional Medical Center~~

☒ First Correctional Medical - Delaware, LLC (First Correctional Medical Inc.)
Agent: Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herbert G. Feuerhake, Esq
521 West Street
Wilmington, DE 19801
(302) 658-6101

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                        7/6/07
CLERK                                                  DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 7/20/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARRY EVELAND | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED; FIRST CORRECTIONAL MEDICAL - DELAWARE LLC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/20/07
                  Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.