AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

JANET PORTER; KERRY PAXON as next friend of K.P.; CHRISTOPHER PORTER; ERIC PORTER; and LEE GOLDSTEIN Administrator of the Estate of Robert Hann Porter, Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

Stanley Taylor; First Correctional Medical Center; Certain Unknown Individual Employees of the State of Delaware Department of Correction; Raphael Williams; Certain unknown individual employees of First Correctional Medical Center; and State of Delaware Dept. of Correction, Defendants

CASE NUMBER: 07-172

TO: (Name and address of Defendant)

Certain Unknown Individual Employees of the State of Delaware Department of Correction c/o Dept of Correction; Carl Danberg, Commr. 245 McKee Road Dover, DE 19904

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herbert G. Feuerhake, Esq.
521 West Street
Wilmington, DE 19801
(302) 658-6101

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE 7/6/07

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/13/07 |
| NAME OF SERVER (PRINT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SERVED: CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF THE DEPT. OF CORRECTIONS AT 245 MCKEE RD. DOVER, DE  ACCEPTED BY; THERESA GRUL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/13/07
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.