IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET PORTER, KERRY PAXON, as next friend of KP, CHRISTOPHER PORTER, ERIC PORTER, and LEE GOLDSTEIN, Administrator of the ESTATE OF ROBERT GLENN PORTER,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY TAYLOR, FIRST, CORRECTIONAL MEDICAL, CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF THE STATE OF DELAWARE DEPARTMENT OF CORRECTION, RAPHAEL WILLIAMS, CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF FIRST CORRECTIONAL MEDICAL CTR., and STATE OF DELAWARE DEPARTMENT OF CORRECTION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-172-SLR<br>)<br>)<br>)<br>) Jury Trial Requested<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorneys General Stephani J. Ballard and Erika Y. Tross on behalf of State Defendants Raphael Williams and the State of Delaware Department of Correction (the "State Defendants"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the State Defendants. State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*

Stephani J. Ballard (#3481)
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
    Attorneys for State Defendants Raphael
    Williams and Delaware Department of
    Correction

Dated: August 2, 2007

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on August 2, 2007, I electronically filed *Entry of Appearance* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Herbert G. Feuerhake, Esq.

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400