# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET PORTER, KERRY PAXON, )<br>as next friend of KP, CHRISTOPHER )<br>PORTER, ERIC PORTER, and )<br>LEE GOLDSTEIN, Administrator of the )<br>ESTATE OF ROBERT GLENN PORTER, )<br>                               )<br>            Plaintiff,  )<br>                               )<br>    v.                               )<br>                               )<br>STANLEY TAYLOR, FIRST, )<br>CORRECTIONAL MEDICAL, )<br>CERTAIN UNKNOWN INDIVIDUAL )<br>EMPLOYEES OF THE STATE OF )<br>DELAWARE DEPARTMENT OF )<br>CORRECTION, RAPHAEL WILLIAMS, )<br>CERTAIN UNKNOWN INDIVIDUAL )<br>EMPLOYEES OF FIRST )<br>CORRECTIONAL MEDICAL CTR., and )<br>STATE OF DELAWARE DEPARTMENT )<br>OF CORRECTION, )<br>                               )<br>           Defendants.  ) | C.A. No. 07-172-SLR<br><br>Jury Trial Requested |

## STATE DEFENDANTS RAPHAEL WILLIAMS AND
## STATE OF DELAWARE DEPARTMENT OF CORRECTION'S
## <u>MOTION FOR ENLARGEMENT OF TIME</u>

COMES NOW, State Defendants Raphael Williams and the State of Delaware Department of Correction (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, granting an enlargement of time pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, in which to file a responsive pleading in the above-captioned case. In support of the Motion, the State Defendants state as follows:

1.  Plaintiffs Janet Porter, Kerry Paxon, as next friend of KP, Christopher Porter, Eric Porter, and Lee Goldstein, Administrator of the Estate of Robert Glenn Porter (the "Plaintiffs"), filed a Complaint with jury demand on or about March 23, 2007, seeking damages in connection with the death of Robert Glenn Porter.  (D.I. 1).

2.  On July 6, 2007, the Court issued summonses to the Plaintiffs for the defendants.  Summonses were returned executed by Plaintiffs as to Defendants State of Delaware Department of Correction and Raphael Williams on July 13, 2007.  (D.I. 3, 6).

3.  The undersigned counsel anticipates filing a responsive pleading however, due to the above described circumstances in addition to press of other litigation within the Correction Unit, counsel requests an enlargement of fifteen (15) days until August 17, 2007, to file a response on behalf of the above-referenced State Defendants.

5.  This is the State Defendants' first request for an extension of time to file a responsive pleading in this matter.

6.  A form of order is attached to this motion that will grant the State Defendants a fifteen (15) day extension until on or before August 17, 2007, to file the State Defendants' response to Plaintiffs' Complaint.

7.  Counsel for the State Defendants has contacted Plaintiffs' counsel to reach an agreement on the subject of the Motion, and Plaintiffs' counsel has informed that he is not opposed to an enlargement of time.

WHEREFORE, State Defendants respectfully request that the Court grant this Motion and enter an Order, substantially in the form attached hereto, enlarging State Defendants' time to file a response to Plaintiffs' Complaint until on or before August 17, 2007.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Stephani J. Ballard (#3481)
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
    Attorneys for State Defendants Raphael Williams and Delaware Department of Correction

Dated: August 2, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JANET PORTER, *et al*., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-172-SLR |
| v. ) | |
| ) | Jury Trial Requested |
| STANLEY TAYLOR, *et al*., ) | |
| ) | |
| Defendants. ) | |

**7.1.1 CERTIFICATION OF COUNSEL**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District of Delaware, that she has contacted Plaintiffs' counsel to reach an agreement on the subject of the Motion for Enlargement of Time, and Plaintiffs' counsel has informed that he is not opposed to an enlargement of time.

                                              **DEPARTMENT OF JUSTICE**
                                              **STATE OF DELAWARE**

                                              */s/ Erika Y. Tross*
                                              Stephani J. Ballard (#3481)
                                              Erika Y. Tross (#4506)
                                              Deputy Attorneys General
                                              820 N. French Street
                                              Wilmington, DE  19801
                                              (302) 577-8400
                                                  Attorneys for State Defendants Raphael Williams and Delaware Department of Correction

Dated:  August 2, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET PORTER, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-172-SLR |
| v. | ) |
| | ) Jury Trial Requested |
| STANLEY TAYLOR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon State Defendants Raphael Williams and State of Delaware Department of Correction's Motion For Enlargement Of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. State Defendants Raphael Williams and State of Delaware Department of Correction have until on or before August 17, 2007 to file a responsive pleading to the Complaint.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on August 2, 2007, I electronically filed *State Defendants Raphael Williams and State of Delaware Department of Correction's Motion for Enlargement of Time* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Herbert G. Feuerhake, Esq.

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400