IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET PORTER, KERRY PAXON, as next friend of KP, CHRISTOPHER PORTER, ERIC PORTER, and LEE GOLDSTEIN, Administrator of the ESTATE OF ROBERT GLENN PORTER, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY TAYLOR, FIRST, CORRECTIONAL MEDICAL, CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF THE STATE OF DELAWARE DEPARTMENT OF CORRECTION, RAPHAEL WILLIAMS, CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF FIRST CORRECTIONAL MEDICAL CTR., and STATE OF DELAWARE DEPARTMENT OF CORRECTION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 07-172-SLR ) ) ) ) ) Jury Trial Requested ) ) ) ) ) ) ) ) ) ) ) |

**ENTRY OF APPEARANCE**

       PLEASE ENTER THE APPEARANCE of Deputy Attorneys General Stephani J. Ballard and Erika Y. Tross on behalf of State Defendant Stanley Taylor ("State Defendant Taylor").  This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon State Defendant Taylor.  State Defendant Taylor specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*

Stephani J. Ballard (#3481)
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
    Attorneys for State Defendants
    Stanley Taylor, Raphael Williams and
    Delaware Department of Correction

Dated: August 17, 2007

Case 1:07-cv-00172-SLR    Document 11    Filed 08/17/2007    Page 3 of 3

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I hereby certify that on August 17, 2007, I electronically filed *Entry of Appearance* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Herbert G. Feuerhake, Esq.

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400