## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET PORTER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-172-SLR |
| v. ) | |
| ) | Jury Trial Requested |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

## ~~STATE DEFENDANTS'~~ PROPOSED SCHEDULING ORDER

In accordance with Federal Rule of Civil Procedure 26(f) and the Court's order dated September 18, 2007 (D.I. 13), counsel for State Defendants Stanley Taylor, Raphael Williams and the State of Delaware Department of Correction (the "State Defendants"), having unsuccessfully attempted to contact Plaintiffs' counsel by phone and e-mail to discuss the scheduling order in this matter, hereby submit this proposed scheduling order on behalf of the State Defendants.

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by October 17, 2007 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

(a) Discovery will be needed on the following subjects: the medical condition and treatment of Plaintiffs' decedent as well as the activities of the decedent prior to his death.

(b) All discovery shall be commenced in time to be completed by **February 11, 2008.**

- 2 -

      (c)      Maximum of **50** interrogatories by each party to any other party.

      (d)      Maximum of **50** requests for admission by each party to any other party.

      (e)      Maximum of **10** depositions by Plaintiffs and **10** by State Defendants.

      (f)      Each deposition limited to a maximum of **7 hours** unless extended by agreement of parties.

      (g)      Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **April 11, 2008**. Rebuttal expert reports due by **May 12, 2008**.

      (h)      **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.    **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before **November 13, 2007**.

4.    **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement.

5.    **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **August 1, 2008**. Briefing shall be

pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10) days** from the above date without leave of the court.

6. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7. **Motions in Limine.** All motions in limine shall be filed on or before [two weeks before pretrial conference]. All responses to said motions shall be filed on or before [one week before pretrial conference].

8. **Pretrial Conference.** A pretrial conference will be held on _____ at _____ in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial.** This matter is scheduled for a \_\_\_ **day** jury trial commencing on _____ in Courtroom 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____  10/10/07
The Honorable Sue L. Robinson
United States District Court Judge