# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET PORTER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-172-SLR |
| v. ) | |
| ) | Jury Trial Requested |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that copies of **State Defendants' Rule 26(a)(1) Initial Disclosures** were served on October 16, 2007 upon the following individual by U.S. Mail:

Herbert G. Feuerhake, Esquire
Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Stephani J. Ballard (#3481)
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
    Attorneys for State Defendants
    Stanley Taylor, Raphael Williams and
    Delaware Department of Correction

Dated: October 16, 2007