# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET PORTER, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-172-SLR |
| v. | ) |
| | ) Jury Trial Requested |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that copies of **State Defendants' Combined First Set Of Interrogatories And Requests For Production Of Documents Directed To Plaintiffs** were served on January 15, 2008 upon the following individual by hand delivery:

Herbert G. Feuerhake, Esquire
Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Stephani J. Ballard (#3481)
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street
Wilmington, DE 19801
(302) 577-8400
    Attorneys for State Defendants

Dated: January 15, 2008