IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANET PORTER, KERRY PAXON, as next friend of KP, CHRISTOPHER PORTER, ERIC PORTER, and LEE GOLDSTEIN, Administrator of the ESTATE OF ROBERT GLENN PORTER, <br><br>Plaintiff, <br><br>v. <br><br>STANLEY TAYLOR, FIRST, CORRECTIONAL MEDICAL, CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF THE STATE OF DELAWARE DEPARTMENT OF CORRECTION, RAPHAEL WILLIAMS, CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF FIRST CORRECTIONAL MEDICAL CTR., and STATE OF DELAWARE DEPARTMENT OF CORRECTION, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>C.A. No. 07-172-SLR<br><br>Jury Trial Requested |

**STATE DEFENDANTS STANLEY TAYLOR,
RAPHAEL WILLIAMS AND STATE OF DELAWARE
DEPARTMENT OF CORRECTION'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, State Defendants Stanley Taylor, Raphael Williams and the State of Delaware Department of Correction (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order granting summary judgment in their favor and against the Plaintiffs as to all claims against them pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. State Defendants have filed simultaneously herewith an Opening Brief in Support of Their Motion for Summary Judgment.

- 2 -

WHEREFORE, State Defendants respectfully request that this Honorable Court enter an order granting summary judgment in their favor and against the Plaintiffs as to all claims.

                                        **DEPARTMENT OF JUSTICE**
                                        **STATE OF DELAWARE**

                                        */s/ Erika Y. Tross*
                                        Erika Y. Tross (#4506)
                                        Stephani J. Ballard (#3481)
                                        Deputy Attorneys General
                                        820 N. French Street
                                        Wilmington, DE  19801
                                        (302) 577-8400
                                              Attorneys for the State Defendants

Dated: August 1, 2008

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on August 1, 2008, I caused a true and correct copy of the attached ***State Defendants Stanley Taylor, Raphael Williams and State of Delaware Department of Correction's Motion for Summary Judgment*** to be served on the following individual in the form and manner indicated:

**VIA ELECTRONIC DELIVERY
& FIRST CLASS MAIL:**

Herbert G. Feuerhake, Esquire
Law Office of Herbert G. Feuerhake
521 West Street
Wilmington, DE 19801

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400